UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

KARI JONES, GUIA GOLDEN,
and ROBERT HENDERSON,

      Plaintiff,

v.

PRESS MEDIA GROUP, LLC,
a Florida Corporation, and ALBERTO
MARZAN, individually,

      Defendants.
_____/

## **COMPLAINT**

COMES NOW Plaintiffs, KARI JONES, GUIA GOLDEN, and ROBERT HENDERSON, by and through their undersigned counsel, and sues the Defendants, PRESS MEDIA GROUP, LLC (hereinafter, referred to as "Company"), and ALBERTO MARZAN, individually, (hereinafter, referred to as "Marzan"), and allege as follows:

1. That Plaintiffs, former employees of the Defendants, bring this action to recover compensation and other relief under the Fair Labor Standards Act, as amended (the "FLSA"), 29 U.S.C. § 201 et seq. The gravamen of this case is that the Plaintiffs were non-exempt employees hired by the Defendants, but the Defendants willfully refused to compensate the Plaintiffs for all work performed in direct contravention of the law, as well as even the basic minimum wage for such work, under Federal law.

2. That jurisdiction is conferred on this Court by 29 U.S.C. § 216(b).

1

3. That the unlawful employment practices alleged below occurred and/or were committed within this judicial district.

4. That at all times material hereto, Plaintiffs were and is presently a resident of this judicial district, *sui juris* and otherwise within the jurisdiction of this Court.

5. That at all times material hereto, Defendants were the employers of the Plaintiffs, were conducting business in this judicial district and were 'employers' under the FLSA.

6. That at all times material hereto, Defendant, MARZAN, individually, acted directly in the interests of his employer, the Defendant, Company, in relation to the Plaintiffs, and this individual Defendant exercised the requisite legal control and otherwise administered the illegal acts as described herein on behalf of the Defendant, Company, and is otherwise an 'employer' under the FLSA.

7. That at all times material hereto, Defendant, Company, was and continues to be an 'enterprise engaged in commerce' within the meaning of the FLSA.

8. That at all times material hereto, Plaintiffs were 'engaged in commerce' within the meaning of the FLSA.

9. That the Plaintiffs, KARI JONES, GUIA GOLDEN, and ROBERT HENDERSON, were hired as non-exempt employees by the Defendants.

10. During their employment, the Plaintiffs did not receive their paychecks as Defendants willfully refused to compensate the Plaintiffs for even the basic minimum wage for such work, as required by the FLSA.

11. Specifically, Plaintiff KARI JONES was to be paid for two months of pay (November and December of 2016), each for $6,250.00, totaling $12,500.00; Plaintiff Guia Golden was to be paid for two months of pay (November and December of 2016), one for $5,800.00 and one for $4,000.00, totaling $9,800.00; and Plaintiff Robert Henderson was to be paid for three months of pay (November

2016-January 2017), two for $7,570.00 and one for $9,230.76, totaling $24,370.76.

## COUNT I
## FLSA – COMPANY

Plaintiffs incorporate by reference the allegations contained in paragraphs 1 through 14 of this Complaint.

15. That Plaintiffs are entitled to minimum wage for hours worked pursuant to the FLSA.

16. That by reason of the intentional, willful and unlawful acts of the Company in violation of the FLSA, Plaintiffs have suffered damages.

**WHEREFORE**, Plaintiffs, KARI JONES, GUIA GOLDEN, and ROBERT HENDERSON, demand judgment against the Company, for all damages and relief under the FLSA, including liquidated damages, attorneys' fees, costs and expenses, in addition to all other relief this Court deems just and proper.

## COUNT II
## FLSA – MARZAN

Plaintiffs incorporate by reference the allegations contained in paragraphs 1 through 14 of this Complaint.

17. That Plaintiffs are entitled to minimum wage for hours worked pursuant to the FLSA.

18. That by reason of the intentional, willful and unlawful acts of MARZAN in violation of the FLSA, Plaintiffs have suffered damages.

**WHEREFORE**, Plaintiffs, KARI JONES, GUIA GOLDEN, and ROBERT HENDERSON, demand judgment against Marzan, for all damages and relief under the FLSA, including liquidated damages, attorneys' fees, costs and expenses, in addition to all other relief this Court deems just and proper.

## COUNT III
## UNPAID WAGES/FLORIDA STATUTES § 448.08-COMPANY

Plaintiffs incorporate by reference the allegations contained in paragraphs 1 through 14 of this Complaint.

19. That the Company as alleged herein and above, has wrongfully withheld unpaid wages owed to the Plaintiffs.

20. That as a result of the Company's wrongful withholding of Plaintiffs' wages, the Plaintiffs have been damaged.

**WHEREFORE**, Plaintiffs, KARI JONES, GUIA GOLDEN, and ROBERT HENDERSON, demand judgment against the Company, awarding Plaintiffs their unpaid wages, costs, reasonable attorney fees pursuant to Florida Statutes 448.08, as well as any other relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs, KARI JONES, GUIA GOLDEN, and ROBERT HENDERSON, demand trial by jury.

Dated: April 27, 2017.	Respectfully submitted,

Law Offices of Levy & Levy, P.A.
1000 Sawgrass Corporate Parkway
South Pointe I, Suite 588
Sunrise, Florida  33323
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
Email: chad@levylevylaw.com
Service Email: assistant@levylevylaw.com
*Counsel for Plaintiff*

*/s/ Chad Levy*
CHAD E. LEVY, ESQ.
F.B.N.: 0851701