UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 17-21580-CIV-MORENO

KARI JONES, GUIA GOLDEN, and ROBERT
HENDERSON,

        Plaintiffs,

vs.

PRESS MEDIA GROUP, LLC, and
ALBERTO MARZAN,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion to Reissue Incarceration Order, filed on **February 18, 2022**. The Magistrate Judge filed a Report and Recommendation **(D.E. 114)** on **August 2, 2022**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues. The Court notes that no objections have been filed and the time for doing so has passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion to Reissue Incarceration Order is DENIED without prejudice for Plaintiffs to file a supplemental, more-specific, more-detailed motion for contempt.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 of August 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record